OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**



02 1R
0006557458          APR 13 2015

$ 00.26⁵

PITNEY BOWES

MAILED FROM ZIP CODE 78701

4/6/2015
DAVIS, CRYSTAL YVONNE MITCHELL AKA MITCHELL, CRYSTAL      Tr. Ct.
No. 728779-A                        WR-82,616-01
On this day, the supplemental clerk's record, in response to the order issued by this
Court, has been received and presented to the Court.

Abel Acosta, Clerk

No Record

CRYSTAL YVONNE MITCHELL DAVIS
TDC # 818740

MEBN3B 77002